IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CELIA GOLLIVER, next of kin of JAMES MCMILLEN, Deceased, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No.:05-1343-T/An |
| URE AGADAGA, administrator of the estate of CHIKERE AGADAGA, M.D., JOHN D. FREEDMAN, M.D. and MERCK & CO., INC., | )<br>)<br>)<br>) JURY TRIAL DEMAND |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT MERCK TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

**THIS CAUSE** came before the Court on the agreed motion of the parties for an extension of time of twenty (20) days, up to and including January 3, 2006, for Merck & Co. Inc. to respond to plaintiff's Motion to Remand. The Court, having considered the joint motion, and the entire record in the cause, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Merck & Co., Inc. has an additional twenty (20) days up to and including January 3, 2006, to respond to the plaintiff's Motion to Remand.

SO ORDERED, ADJUDGED and DECREED, this the 12th day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

MEMPHIS 184236v1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01343 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Diane Barrier Polk
Hardin County Courthouse
601 Main Street
Savannah, TN 38372

Robert Redding
ARMSTRONG ALLEN, PLLC
464 North Parkway
Ste. A
Jackson, TN 38305

Randall J. Phillips
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Steven B. Crain
THE CRAIN LAW FIRM
104 LaFayette Street
Ripley, TN 38063

Honorable James Todd
US DISTRICT COURT